DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Phone:  415-977-8954
    Fax:  415-744-0134
    april.alongi@ssa.gov

Attorneys for Defendant

## UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| GERALD D. MCKENZIE,<br><br>    Plaintiff<br><br>    v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>    Defendant. | Case No: 2:16-cv-01974-APG-GWF<br><br>**DEFENDANT'S MOTION FOR EXTENSION OF TIME TO ANSWER PLAINTIFF'S COMPLAINT** |

    Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), moves for an extension of time to answer Plaintiff Gerald D. McKenzie's (Plaintiff) Complaint by thirty days from November 7, 2016 to December 7, 2016, with all other dates extended accordingly.  This is the Commissioner's first request for an extension.

    There is good cause because the Certified Administrative Record (CAR) is defective.  The component of the Social Security Administration responsible for production of the CAR, the Office of Disability Adjudication and Review (ODAR) continues to work through a substantial caseload, and has not yet provided the corrected CAR in the above-captioned case.  Counsel for

-1-

1  the Commissioner has contacted ODAR and is working to produce the CAR.  The Commissioner

2  contacted Plaintiff's counsel via phone regarding this motion, but counsel was unavailable.

                                                                  Respectfully submitted,

Date:   November 7, 2016          DANIEL G. BOGDEN
                                                  United States Attorney
                                                  BLAINE T. WELSH
                                                  Chief, Civil Division

                                          By:    */s/ April A. Alongi*
                                                         APRIL A. ALONGI
                                                          Special Assistant United States Attorney

                                                          Attorneys for Defendant


                                                          IT IS SO ORDERED.



DATE:   November 8, 2016          _____
                                                      THE HONORABLE GEORGE FOLEY, JR.
                                                      United States Magistrate Judge

**DEFENDANT'S CERTIFICATE OF SERVICE**

I certify that I caused Defendant's Motion For Extension Of Time To Answer Plaintiff's Complaint, via CM/ECF notice, on:

    MARK D. BARRETT
    Esquire
        mark@mydisabilityattorney.com

Date:  November 7, 2016        DANIEL G. BOGDEN
                                        United States Attorney
                                        BLAINE T. WELSH
                                        Chief, Civil Division

                            By:    */s/ April A. Alongi*
                                        APRIL A. ALONGI
                                        Special Assistant United States Attorney

                                        Attorneys for Defendant