HAL TAYLOR, SBN 4399
Esquire
MARK D. BARRETT, PA SBN 201689
Esquire
    521 Cedar Way, Suite 200
    Oakmont, Pennsylvania 15139
    Phone:  412-794-8003
    Fax:  412-794-8050
    mark@mydisabilityattorney.com

Attorneys for Plaintiff

DANIEL G. BOGDEN, NSBN 2137
United States Attorney
BLAINE T. WELSH
Chief, Civil Division
APRIL A. ALONGI, VSBN 76459
Special Assistant United States Attorney
    160 Spear Street, Suite 800
    San Francisco, California 94105
    Phone:  415-977-8954
    Fax:  415-744-0134
    april.alongi@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GERALD D. MCKENZIE,<br><br>        Plaintiff<br><br>   v.<br><br>CAROLYN W. COLVIN, Acting<br>Commissioner of Social Security,<br><br>        Defendant. | Case No:  2:16-cv-01974-APG-GWF<br><br>**JOINT STIPULATION FOR VOLUNTARY REMAND PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(G)**<br><br>**ORDER** |

Plaintiff Gerald D. McKenzie (Plaintiff) and Defendant Carolyn W. Colvin, Acting Commissioner of Social Security (the Commissioner), stipulate, with the approval of this Court, to remand the above-captioned matter to the Commissioner, pursuant to sentence four of 42 U.S.C.

§ 405(g). Deficiencies in the certified administrative record and the administrative law judge's (ALJ) decision require remand. Upon remand, the Appeals Council will instruct an ALJ to issue a new decision.

                                                    Respectfully submitted,

Date:   November 9, 2016        HAL TAYLOR
                                              Esquire

                                  By:    */s/\* Mark D. Barrett*
                                                    MARK D. BARRETT
                                                    Esquire
                                                    *by email authorization on 11/8/16

                                                    Attorneys for Plaintiff

Date:   November 9, 2016        DANIEL G. BOGDEN
                                              United States Attorney
                                              BLAINE T. WELSH
                                              Chief, Civil Division

                                  By:    */s/ April A. Alongi*
                                                  APRIL A. ALONGI
                                                  Special Assistant United States Attorney

                                                    Attorneys for Defendant

                                                   IT IS SO ORDERED.

DATE:   November 10, 2016
                                              THE HONORABLE ANDREW P. GORDON
                                              United States District Judge