**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| GERALD D. MCKENZIE, | Case No: 2:16-cv-01974-APG-GWF |
| Plaintiff | |
| v. | **JUDGMENT** |
| CAROLYN W. COLVIN, Acting Commissioner of Social Security, | |
| Defendant. | |

    Having ordered remand in accordance with the Joint Stipulation For Voluntary Remand Pursuant To Sentence Four Of 42 U.S.C. § 405(g),

    Judgment is entered accordingly.

IT IS SO ORDERED.

DATE: November 10, 2016

THE HONORABLE ANDREW P. GORDON
United States District Judge