IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| GERALD D. McKENZIE, | |
| Plaintiff, | |
| v. | CIVIL ACTION NO. 2:16-cv-1974-APG-GWF |
| NANCY A. BERRYHILL, Acting Commissioner of Social Security, | ORDER GRANTING STIPULATION FOR ATTORNEY FEES UNDER THE EAJA |
| Defendant. | |

It is hereby ORDERED that the Joint Stipulation for EAJA Fees (Docket No. 24) is GRANTED and Plaintiff is awarded $600.00 in attorney's fees. *Astrue vs. Ratliff*, 130 S. Ct. 2521, 2524 (2010), directs that the check should be made payable to Plaintiff and mailed to Plaintiff's Counsel.

_____
UNITED STATES DISTRICT JUDGE
Dated: February 8, 2017.

1